**Mitchelle S. RAMOS, a.k.a. Mitchell Sambrano–Ramos, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 10–71803.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 11, 2011.*

Filed Aug. 15, 2011.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Sin Yen Ling, Esquire, Asian Law Caucus, San Francisco, CA, for Petitioner.

Edward C. Durant, Don George Scroggin, Esquire, Trial, Oil, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

---

Before: THOMAS, SILVERMAN, and CLIFTON, Circuit Judges.

MEMORANDUM **

Mitchelle S. Ramos, a native and citizen of the Philippines, petitions for review of the Board of Immigration Appeals' ("BIA") decision dismissing his appeal from an immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law. *Padilla–Romero v. Holder*, 611 F.3d 1011, 1012 (9th Cir.2010). We deny the petition for review.

The BIA did not err in concluding that Ramos' conviction for unlawful driving and taking of a vehicle under California Vehicle Code § 10851(a) is an aggravated felony under 8 U.S.C. § 1011(a)(43)(G) that renders him removable under 8 U.S.C. § 1227(a)(2)(A)(iii). Ramos' contention that section 10851(a) is overbroad because it encompasses joyriding is unpersuasive. *See Arteaga v. Mukasey*, 511 F.3d 940, 947 (9th Cir.2007).

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).